Paul Asterlin (SBN 218353)
Asterp1@nationwide.com
LAW OFFICES OF SCHNEIDER, HOLTZ & HUTCHISON
333 University Avenue, Suite 210
Sacramento, CA 95825
Telephone: (916) 307-1498
Facsimile: (855) 214-7558

Attorney for Plaintiff
AMCO INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| AMCO INSURANCE COMPANY,<br><br>         Plaintiff,<br><br>    v.<br><br>BISSELL HOMECARE, INC.; and DOES 1 to 50, inclusive,<br>         Defendants, | Case No. 4:23-cv-03477-JSW<br><br>**STIPULATION OF DISMISSAL [FRCP 41(A)] AND ORDER OF DISMISSAL** |

Plaintiff AMCO INSURANCE COMPANY and Defendant BISSELL HOMECARE, INC. hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

DATED: April 1, 2025         LAW OFFICES OF SCHNEIDER & HOSMER

                             By:      /s/ PAUL ASTERLIN
                                 PAUL ASTERLIN
                                 Attorneys for Plaintiff
                                 AMCO INSURANCE COMPANY

DATED: April 1, 2025         WOOD, SMITH, HENNING & BERMAN LLP

                             By:      /s/ AGUSTÍN R. PIÑA
                                 DAVID McDONOUGH
                                 AGUSTÍN R. PIÑA
                                 Attorneys for Defendant
                                 BISSELL HOMECARE INC.

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), **IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE** as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

Dated: ~~March 31, 2025~~
        April 1, 2025
.
_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE